**AMB**

**FILED**
**DECEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6901**

**JUDGE SHADUR**
**MAGISTRATE JUDGE KEYS**

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
Soderdahl v. United Collection Bureau, Inc.

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Sheryl Soderdahl

| | |
|---|---|
| NAME (Type or print) | Timothy J. Sostrin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ |
| FIRM | Legal Helpers, P.C. |
| STREET ADDRESS | 20 West Kinzie Suite 1300 |
| CITY/STATE/ZIP | Chicago, IL 60610 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6290807 |
| TELEPHONE NUMBER | 866-339-1156 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ✓   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ✓   NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ✓

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐