# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Sheryl Soderdahl<br><br>　　　　Plaintiff,<br><br>v.<br><br>United Collection Bureau, Inc.<br><br>　　　　Defendant. | CASE NO.: 07 C 6901<br><br>JUDGE:  Shadur<br><br>MAGISTRATE JUDGE:  Keys<br><br>**REQUEST TO ISSUE SUMMONS** |

TO THE CLERK OF COURT:

　　　　Defendant United Collection Bureau, Inc. has declined to execute a Waiver of Service in this matter.  Please issue the attached Summons and return the same to my attention at the address below.

　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　　Legal Helpers, P.C.

　　　　　　　　　　　　　　　　　　　　By: s/Timothy J. Sostrin
　　　　　　　　　　　　　　　　　　　　　　　Timothy J. Sostrin
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　Legal Helpers, P.C.
　　　　　　　　　　　　　　　　　　　　　　　20 West Kinzie; Suite 1300
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60611
　　　　　　　　　　　　　　　　　　　　　　　866.339.1156
　　　　　　　　　　　　　　　　　　　　　　　tjs@legalhelpers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2008, I served Defendant with a copy of the foregoing REQUEST TO ISSUE SUMMONS by depositing a copy of the same in the United States Mail, addressed as follows:

United Collection Bureau, Inc.
c/o CT Corporation System, Registered Agent
208 S. Lasalle St., Suite 814
Chicago, IL 60604

s/Timothy J. Sostrin