# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Sheryl Soderdahl<br><br>　　　Plaintiff,<br><br>v.<br><br>United Collection Bureau, Inc.<br><br>　　　Defendant. | CASE NO.: 07 C 6901<br><br>JUDGE: Shadur<br><br>**REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

　　　Plaintiff hereby requests the Clerk of Court to enter the default of defendant United Collection Bureau, Inc. pursuant to Fed. R. Civ. P. 55(a) for failure to plead or otherwise defend. In support of her request, Plaintiff states the following:

　　　The Court issued a summons in this case on January 23, 2008. *See attached* Exhibit A (Summons in a Civil Case) (Docket Entry (1/23/08)). The summons and complaint were served on January 30, 2008. *See attached* Exhibit B (Affidavit of Service) (Docket # 8). Defendant was required to serve its Answer by February 19, 2008. *See* Fed. R. Civ. P. 12(a)(1)(A). Defendant has not served Plaintiff with its Answer or any other responsive pleading as of February 20, 2008.

　　　WHEREFORE, Plaintiff requests the Clerk of Court to enter the default of Defendant United Collection Bureau, Inc.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: s/Timothy J. Sostrin
　　　Timothy J. Sostrin
　　　Bar ID # 6290807
　　　Attorney for Plaintiff
　　　20 W. Kinzie Street, Suite 1300
　　　Chicago, IL 60610
　　　Telephone:  866-339-1156
　　　Email:  tjs@legalhelpers.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, I served Defendant with a copy of the foregoing REQUEST FOR CLERK'S ENTRY OF DEFAULT by depositing a copy of the same in the United States Mail, addressed as follows:

United Collection Bureau, Inc.
c/o CT Corporation System,
Registered Agent
208 S. Lasalle St., Suite 814
Chicago, IL 60604

　　　　　　　　　　　　　　　　　　s/Timothy J. Sostrin