AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Sheryl Soderdahl

CASE NUMBER: 07 C 6901

V.

ASSIGNED JUDGE: Shadur

United Collection Bureau, Inc.

DESIGNATED
MAGISTRATE JUDGE: Keys

TO: (Name and address of Defendant)

United Collection Bureau, Inc.
c/o CT Corporation System, Registered Agent
208 S. LaSalle St., Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Sostrin
LEGAL HELPERS, P.C.
20 W. Kinzie St., Suite 1300
Chicago, IL 60610

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK      ANGELA NEVIS

DATE: JAN 2 3 2008

EXHIBIT A