UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SHERYL SODERDAHL | | COURT DATE: |
| | PLAINTIFF(S) | Case No.<br>07 C 6901 |
| vs. | | |
| UNITED COLLECTION BUREAU, INC. | | AFFIDAVIT OF SERVICE OF:<br>SUMMONS & COMPLAINT |
| | DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jan 30, 2008**, at **1:54 PM**, I served the above described documents upon **UNITED COLLECTION BUREAU, INC. C/O CT CORP.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **DAWN SCHULZ / SENIOR PROCESS SPECIALIST**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **208 S. LASALLE ST., STE 814, CHICAGO, IL 60604**.

**DESCRIPTION:**  Gender: **F**   Race: **WHITE**   Age: **50**   Hgt: **5'4"**   Wgt: **150**   Hair: **BROWN**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*Steven A. Stosur* (signature)

Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 31st day of January, 2008

*Joan C. Harenberg* (signature)

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/13/09

NOTARY PUBLIC

| CLIENT NAME:<br>Macey & Aleman, P.C.*<br>FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING #<br>36255 |

EXHIBIT
B