# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

|  |  |
|---|---|
| SHERYL SODERDAHL, | ) ) ) ) |
| Plaintiff, | ) COURT FILE NO. 07 C 6901 |
| v. | ) |
| | ) Judge Shadur |
| UNITED COLLECTION BUREAU, INC. | ) |
| | ) Magistrate Judge Keys |
| Defendants. | ) ) ) |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**UNITED COLLECTION BUREAU, INC.**

| | |
|---|---|
| SIGNATURE  s/Todd P. Stelter | |
| FIRM  Hinshaw & Culbertson LLP | |
| STREET ADDRESS  222 N. LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP  Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6278521 | TELEPHONE NUMBER  312-704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?　YES ☒　　NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?　YES ☐　　NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?　YES ☐　　NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?　YES ☒　NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |

6285926v1 885721

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHERYL SODERDAHL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED COLLECTION BUREAU, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)  COURT FILE NO. 07 C 6901<br>)<br>)  Judge Shadur<br>)<br>)  Magistrate Judge Keys<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, I electronically filed an **APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Timothy J. Sostrin**
tjs@legalhelpers.com

Respectfully submitted,

By:____s/Todd P. Stelter_____
One of its attorneys

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6285926v1 885721