UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHERYL SODERDAHL, | ) |
| Plaintiff, | ) |
| v. | ) COURT FILE NO. 07 C 6901 |
| UNITED COLLECTION BUREAU, INC. | ) Judge Shadur |
| Defendants. | ) Magistrate Judge Keys |

**MOTION FOR EXTENSION OF TIME**

Defendant, UNITED COLLECTION BUREAU, INC., by its attorney, Todd P. Stelter, and pursuant to Federal Rule of Civil Procedure 6(b), respectfully request that this court grant a 14 day extension of time, or up until March 17, 2008, to file a responsive pleading to Plaintiff's Complaint, and in support thereof, states as follows:

1. Plaintiff's Complaint purports to state a claim under the Fair Debt Collection Practices Act against the defendant.

2. Plaintiff's Complaint was filed on December 6, 2007, and service was recently effectuated on defendant.

3. Defense counsel was recently retained and requires additional time to perform factual investigation prior to answering or otherwise pleading. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response.

6285940v1 885721

4. Defense counsel has spoken with plaintiff's counsel and plaintiff indicates that there is no opposition to this motion.

WHEREFORE, defendant respectfully requests this court grant an extension of time up to and including March 17, 2008, to file a responsive pleading to Plaintiff's Complaint.

Respectfully submitted,

By: ____s/ Todd P. Stelter_____
One of Its Attorneys

Todd Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
312-704-3000

6285940v1 885721

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHERYL SODERDAHL, | ) |
| Plaintiff, | ) COURT FILE NO. 07 C 6901 |
| v. | ) |
| UNITED COLLECTION BUREAU, INC. | ) Judge Shadur |
| Defendants. | ) Magistrate Judge Keys |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2008, I electronically filed **MOTION FOR EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Timothy J. Sostrin**
tjs@legalhelpers.com

Respectfully submitted,

By:   s/Todd P. Stelter

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

3

6285940v1 885721