UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHERYL SODERDAHL, | ) ) ) ) |
| Plaintiff, | ) COURT FILE NO. 07 C 6901 |
| v. | ) ) ) Judge Shadur |
| UNITED COLLECTION BUREAU, INC. | ) ) ) Magistrate Judge Keys |
| Defendants. | ) ) ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the **3rd** day of **March 2008** at **9:15 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Shadur, or any judge sitting in his stead in Courtroom 2388 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Defendant's Motion for Extension of Time**, a copy of which is hereby served upon you.

Respectfully submitted,

By: ____s/Todd P. Stelter_____

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6285937v1 885721

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHERYL SODERDAHL, | ) ) ) ) |
| Plaintiff, | ) COURT FILE NO. 07 C 6901 |
| v. | ) ) |
| UNITED COLLECTION BUREAU, INC. | ) Judge Shadur ) |
| Defendants. | ) Magistrate Judge Keys ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, I electronically filed **NOTICE OF MOTION FOR EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Timothy J. Sostrin**
tjs@legalhelpers.com

Respectfully submitted,

By:_____s/Todd P. Stelter_____

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6285937v1 885721