# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| Sheryl Soderdahl,<br>    Plaintiff, | )<br>)<br>) Case No. 07 C 6901 |
| v. | )<br>) Assigned Judge: Shadur |
| United Collection Bureau, Inc.<br>    Defendant. | )<br>) Magistrate Judge: Keys<br>) |

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEYS(S) FOR:
United Collection Bureau, Inc.

| |
|---|
| SIGNATURE  */s/ David M. Schultz* |
| FIRM  HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois  60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6197596 | TELEPHONE NUMBER<br>(312) 704-3000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐   NO ☒ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒  NO ☐ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ ||

6286710v1 886054