**Judicial Attorney Services, Inc.**
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
Phone: (630) 221-9007
Fax: (630) 818-2806

# INVOICE

| **BILL TO:**<br>Jeffrey S. Hyslip<br>Macey & Aleman, P.C.*<br>20 West Kinzie, 13th Floor<br>Chicago, IL 60610<br>(312) 753-7536<br>(312) 822-1064 Fax | **DATE:** 1/31/2008<br><br>**INVOICE #:** 26478<br><br>**TOTAL DUE:** $0.00 |
|---|---|

Case #: 07 C 6901

Plantiff: SHERYL SODERDAHL

Defendant: UNITED COLLECTION BUREAU, INC.

Date Received: 1/30/2008

Client Reference#:

Serve To: UNITED COLLECTION BUREAU, INC.
C/O CT CORP.

Date Completed:
1/30/2008

| Job # | Job Description | Qty | Price | Total |
|---|---|---|---|---|
| 36255 | Process Service Fee | 1 | $40.00 | $40.00 |

**PAYMENT RECEIVED: CHECK #1653  $40.00**
**AMOUNT DUE:  $0.00**

**TERMS: PAYMENT DUE UPON RECEIPT**
**FEIN: 36-4438788**

Check status of your papers, view service attempts, outstanding invoices, signed/notarized affidavits online at www.ProcessServiceStatus.com. Call or email us for your login information.
NOTE: If your prepayment check has not been received before this invoice has been generated, your account will be credited once received.

www.ProcessServerIL.com | www.ProcessServerAZ.com


EXHIBIT B