# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Sheryl Soderdahl,<br><br>  Plaintiff,<br><br>v.<br><br>United Collection Bureau, Inc.,<br><br>  Defendant. | Case No. 07 C 6901<br><br>Judge: Shadur<br><br>Designated Magistrate Judge: Keys<br><br>**NOTICE OF PRESENTMENT OF MOTION** |

## NOTICE OF PRESENTMENT OF MOTION

To: United Collection Bureau, Inc.
   c/o CT Corporation System,
   Registered Agent
   208 S. Lasalle St., Suite 814
   Chicago, IL 60604

  PLEASE TAKE NOTICE that on Monday, March 3, 2008, at the hour of 9:00am, or as soon thereafter as counsel may be heard, I shall appear before Judge Shadur, or any judge sitting in his stead, at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, Courtroom 2303, and then and there present **PLAINTIFF'S MOTION TO RECOVER SERVICE EXPENSES**, a copy of which has been served upon you.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: s/Timothy J. Sostrin
    Timothy J. Sostrin
    Bar ID # 6290807
    Attorney for Plaintiff
    20 W. Kinzie Street, Suite 1300
    Chicago, IL 60610
    Telephone:  866-339-1156
    Email:  tjs@legalhelpers.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2008, a copy of the foregoing NOTICE OF PRESENTMENT OF MOTION was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

David M. Schultz
HINSHAW & CULBERTSON
dschultz@hinshawlaw.com

Todd Philip Stelter
HINSHAW & CULBERTSON
tstelter@hinshawlaw.com

                        s/Timothy J. Sostrin