# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Sheryl Soderdahl<br><br>　　　　Plaintiff,<br><br>v.<br><br>United Collection Bureau, Inc.<br><br>　　　　Defendant. | CASE NO.: 1:07-cv-06901<br><br>JUDGE: Shadur<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

　　　　Now comes Plaintiff, by and through counsel, and respectfully requests the Court to grant Plaintiff leave to file a Second Amended Complaint. *See attached* Exhibit A.[1] In support of her motion, Plaintiff states the following:

　　　　Plaintiff filed her First Amended Complaint on February 29, 2008. Docket # 17. The First Amended Complaint was filed as a matter of course because Defendant had not yet filed a responsive pleading. *See* Fed. R. Civ. P. 15(a)(1). As of the date of filing for the present motion, Defendant has still not filed a responsive pleading.

　　　　Through administrative oversight, Plaintiff's counsel failed to timely submit his Annual Registration and Fee ("Registration") to the Illinois Attorney Registration & Disciplinary Commission ("ARDC"). Plaintiff's counsel was apparently removed from the ARDC's Master Roll of Attorneys ("Master Roll") on February 1st, 2008. On March 4, 2008, upon learning that counsel's Registration was past due, counsel submitted his Registration and late fine to the ARDC. *See attached* Exhibit B. Plaintiff's counsel was

---

[1] The Second Amended Complaint is identical to the First Amended Complaint.

reinstated on the Master Roll and registered with the ARDC as an active member of the bar on March 4, 2008.[2] *See* attached Exhibit C.

On March 7, 2008, Defendant's counsel telephoned Plaintiff's counsel and raised Plaintiff's counsel's failure to timely register with the ARDC as potentially problematic for Plaintiff's case,[3] and particularly, that Plaintiff's First Amended Complaint was likely a nullity. During this conversation, Defendant's counsel increased Defendant's offer to settle this case by a few hundred dollars and suggested that Plaintiff's counsel seek Plaintiff's consent to settle. Plaintiff and Plaintiff's counsel believe that Plaintiff is entitled to significantly more than the Defendant's current settlement offer. Neither Plaintiff nor Plaintiff's counsel believe that Plaintiff's counsel's late Registration should affect the ultimate outcome of Plaintiff's case.

Shortly after this conversation with Defendant's counsel, Plaintiff's counsel telephoned the ARDC's Ethics Inquiry Program to seek guidance on the situation. During this conversation, Plaintiff's counsel was assured that the ARDC would likely never discipline Plaintiff's counsel for this infraction.

Plaintiff now requests leave to file a Second Amended Complaint, to supersede her First Amended Complaint, which was filed while Plaintiff's counsel was temporarily absent from the Master Roll. Plaintiff and Plaintiff's counsel pray that this Motion will alleviate both the Court's and Defendant's concerns about this issue. Furthermore, this Motion will not prejudice Defendant because Defendant has not filed a responsive pleading.

---

[2] During a telephone conversation on March 10, 2008, an ARDC representative informed Plaintiff's counsel that Plaintiff's counsel should have been returned to the Master Roll as of March 4, 2008.

[3] Plaintiff's counsel does not know exactly how Defendant's counsel obtained this information, but assumes that Defendant's counsel searched for Plaintiff's counsel's Registration and Public Disciplinary Record on the ARDC's website sometime during the month of February.

WHEREFORE, Plaintiff prays that this Honorable Court grant Plaintiff leave to file a Second Amended Complaint.

                RESPECTFULLY SUBMITTED,

                Legal Helpers, P.C.

                By: s/Timothy J. Sostrin
                    Timothy J. Sostrin
                    Attorney for Plaintiff
                    20 West Kinzie; Suite 1300
                    Chicago, IL 60610
                    Telephone: 1.866.339.1156
                    tjs@legalhelpers.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2008 a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

David M. Schulz
HINSHAW & CULBERTSON
dschulz@hinshawlaw.com

Todd Phillip Stelter
HINSHAW & CULBERTSON
tstelter@hinshawlaw.com

                    s/Timothy J. Sostrin