## Timothy J. Sostrin

| | |
|---|---|
| From: | registration@iardc.org |
| Sent: | Tuesday, March 04, 2008 7:43 AM |
| To: | tjs@legalhelpers.com |
| Subject: | On-line Register Complete |

Our records reflect that $130 was received today in payment of the ARDC 2008 annual registration fee for Timothy James Sostrin, attorney number 6290807. Your ID card will be sent out in the next few days. Thank you,

        ARDC Registrar
        Thomas Peters



EXHIBIT B

1