

# ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
## of the
## SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Timothy J. Sostrin
Legal Helpers, P.C.
20 W. Kinzie Street
Suite 1300
Chicago, IL 60610

Via Facsimile and U.S. Mail

Chicago
Monday, March 10, 2008

In re: Timothy James Sostrin
Admitted: 11/9/2006
Attorney No. 6290807

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: Darryl R. Evans
Deputy Registrar

DRE



EXHIBIT
C