## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Sheryl Soderdahl<br><br>    Plaintiff,<br><br>v.<br><br>United Collection Bureau, Inc.<br><br>    Defendant. | CASE NO.: 1:-07-cv-06901<br><br>JUDGE: Shadur<br><br>**NOTICE OF MOTION** |

### NOTICE OF MOTION

To:   United Collection Bureau, Inc.
      c/o CT Corporation System,
      Registered Agent
      208 S. Lasalle St., Suite 814
      Chicago, IL 60604

   PLEASE TAKE NOTICE that on Thursday, March 13, 2008, at the hour of 9:15am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Milton I. Shadur, or any judge sitting in his stead, at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, Courtroom 2303, and then and there present **PLAINTIFF'S MOTION TO FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**, a copy of which is served upon you.

                                             RESPECTFULLY SUBMITTED,

                                             By: s/Timothy J. Sostrin
                                                Timothy J. Sostrin
                                                LEGAL HELPERS, P.C.
                                                20 West Kinzie; Suite 1300
                                                Chicago, IL 60611
                                                Telephone: 1.866.339.1156
                                                tjs@legalhelpers.com
                                                **Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 11, 2008 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

David M. Schulz
HINSHAW & CULBERTSON
dschulz@hinshawlaw.com

Todd Phillip Stelter
HINSHAW & CULBERTSON
tstelter@hinshawlaw.com

                                                      s/Timothy J. Sostrin