# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Sheryl Soderdahl

                              Plaintiff,

v.                                       Case No.: 1:07−cv−06901
                                          Honorable Milton I. Shadur

United Collection Bureau, Inc.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 12, 2008:

       MINUTE entry before Judge Milton I. Shadur :On joint oral motion this action is dismissed with leave to reinstate on or before April 11, 2008. Absent a timely filed motion this order will become final on April 14, 2008.Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.